IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

V.

DOMINGO A. MARTINEZ

Case Number CR 05-334

<u>DOUGLAS SUGHRUE, ESQUIRE</u>
Defendant's Attorney

THE DEFENDANT:
<u>X</u>     pleaded guilty to counts<u> 1 and 2 </u>.
____   was found guilty on count(s) _ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1326(a) | Re-Entry of Removed Aliens | 01/26/2003 | 1 |
| 18 U.S.C. § 1001(a)(2) | Willfully Making a False Statement | 01/26/2003 | 2 |

   The defendant is sentenced as provided in pages 2 through 6 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____   The defendant has been found not guilty on count(s) _ and is discharged as to such count(s).
____   Count(s) _ (is) (are) dismissed on the motion of the United States.
____   The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
<u>X</u>     It is ordered that the defendant shall pay to the United States a special assessment of <u>$200.00</u>,  which shall be due immediately.

   It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

<u>07637-068                                        </u>
Defendant's USM No.

<u>March 10, 2006                             </u>
Date of Imposition of Sentence

<u>/s/ McVerry                                     </u>
Signature of Judicial Officer
U.S. District Judge

<u>March 10, 2006                             </u>
Date

Defendant: DOMINGO A. MARTINEZ          Judgment--Page 2 of 6
Case Number: CR 05-334

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of time served from November 16, 2005 to this date of sentencing, March 10, 2006 on each of counts 1 and 2.   No supervision to follow.

\_\_  The Court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.
\_\_  The defendant shall surrender to the United States Marshal for this district,

  \_\_ at \_\_ on \_.

  \_\_ as notified by the Marshal.

\_\_  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  \_\_ before 2 p.m. on \_.
  \_\_ as notified by the United States Marshal.
  \_\_ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

_____ at _____,

with a certified copy of this Judgment.

                                    _____
                                    United States Marshal

                                    By_____
                                    Deputy Marshal